Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

1  ANDREW S. PAULY (SBN 90145) and
   MARYANN R. MARZANO (SBN 96867), Members of
2  GREENWALD, PAULY, FOSTER & MILLER,
   A Professional Corporation
3  1299 Ocean Avenue, Suite 400
   Santa Monica, California 90401-1007
4  Telephone: (310) 451-8001
   Facsimile: (310) 395-5961
5  E-Mail: apauly@gpfm.com
   E-Mail: mmarzano@gpfm.com
6
   MERLE L. ROYCE II (Illinois SBN 2408597)
7  LAW OFFICE OF MERLE L. ROYCE (Admitted *Pro Hac Vice*)
   70 West Madison Street, Suite 2100
8  Chicago, Illinois 60602-4253
   Telephone:  (312) 553-1233
9  Facsimile (312) 372-4700
   E-Mail:  royce4law@earthlink.net
10
   Attorneys for Plaintiff
11 WAYNE H. HANSON

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15 | WAYNE H. HANSON, an individual, | ) Case No. 2:08-cv-02149-FMC-MANx
16 |            Plaintiff,           | ) [~~**PROPOSED**~~] **PRELIMINARY INJUNCTION**
17 |               vs.               | )
18 | VELTEX CORPORATION, a Utah      | ) **HEARING**
   | corporation; JAVEED MATIN, an individual; |
19 | TANZILA SULTANA, an individual; | ) DATE:  April 17, 2008
   | SAASHA CAMPBELL, an individual; and | TIME:  11:00 a.m.
20 | MAZHAR HAQUE, an individual,    | ) PLACE: Courtroom 750
21 |           Defendants.           | )

784771.1 -- 21010.001

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

The Order To Show Cause re Preliminary Injunction came on for hearing on April 17, 2008, before the Honorable Florence-Marie Cooper, in Courtroom 750 of the above-entitled Court.  Appearing on behalf of plaintiff Wayne H. Hanson were Maryann R. Marzano, Esq. of Greenwald, Pauly, Foster & Miller, A Professional Corporation, and Merle L. Royce II, Esq. of the Law Office of Merle L. Royce. Plaintiff Wayne H. Hanson ("Plaintiff" or "Hanson") was also in attendance.  Also appearing was Jaak Olesk, Esq. of the Law Offices of Jaak Olesk on behalf of defendants Veltex Corporation ("Veltex") and Javeed Matin ("Matin").

Based upon Plaintiff's *Ex Parte* Application for the issuance of a Temporary Restraining Order and Order To Show Cause Why A Preliminary Injunction Should Not Issue Pending Trial, the Memorandum of Points and Authorities and Declaration of Maryann R. Marzano filed in support thereof, the Declarations of Wayne H. Hanson, Michael Pearl, Walter Perich, Merle L. Royce and Lee Scharf and supporting Exhibits filed concurrently therewith, the Complaint on file in this action, the Opposition and supporting Declaration of Javeed Matin submitted solely on behalf of Veltex and Matin, no opposition being presented by the remaining defendants, the Reply Memorandum of Points and Authorities and supporting Declaration of Maryann R. Marzano, Plaintiff's Objections to Declaration of Javeed Matin, upon oral argument presented at the time of the hearing, and it appearing to the satisfaction of the Court and good cause appearing,

**IT IS HEREBY ORDERED THAT DEFENDANTS VELTEX CORPORATION, JAVEED MATIN, TANZILA SULTANA, SAASHA CAMPBELL AND MAZHAR HAQUE, THEIR OFFICERS, AGENTS, SERVANTS, EMPLOYEES AND ATTORNEYS, AND ALL THOSE PERSONS AND/OR ENTITIES IN ACTIVE CONCERT OR PARTICIPATION WITH THEM (COLLECTIVELY, "DEFENDANTS") ARE HEREBY RESTRAINED AND ENJOINED FROM:**

    a.    transferring, selling, assigning, hypothecating, dissipating, converting, concealing or otherwise disposing of in any manner the assets, books and records of Veltex and/or any of its subsidiaries or

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

        affiliated companies;

b.    secreting the proceeds from sales of Veltex's inventory or inventory of any of its subsidiaries and/or affiliated entities;

c.    selling in excess of two thousand five hundred dollars ($2,500) in apparel goods to any single purchaser, without first obtaining prior written approval from Plaintiff, to be obtained through counsel of record for Plaintiff, Maryann R. Marzano, Esq. and Merle L. Royce II, Esq.  In the event that Plaintiff does not approve any such sale, Defendants may apply to the Court in writing to obtain approval, with proper notice thereof to be provided to Plaintiff in writing.  Defendants are expressly prohibited and enjoined from making any such sale absent prior written approval by Plaintiff or this Court;

d.    making any payments or transferring any funds or other assets, without limitation, to a single recipient in excess of two thousand five hundred dollars ($2,500), without first obtaining prior written approval from Plaintiff, to be obtained through counsel of record for Plaintiff, Maryann Marzano, Esq. and Merle L. Royce II, Esq.  In the event that Plaintiff does not approve any such payment or transfer, Defendants may apply to the Court in writing to obtain approval, with proper notice thereof to be provided to Plaintiff in writing.  Defendants are expressly prohibited and enjoined from making any such payments or transfers absent prior written approval by Plaintiff or this Court; and

e.    creating additional shares or selling existing shares of Veltex stock which in any manner dilutes the stock ownership of Plaintiff.

**IT IS FURTHER ORDERED THAT DEFENDANTS ARE TO**:

a.    provide forthwith proof of and an accounting of all proceeds from the sale of Veltex's manufacturing facility and mill in Bangladesh,

Greenwald, Pauly, Foster & Miller
A Professional Corporation

and deposit such proceeds forthwith into Veltex's existing corporate bank account at Union Bank of California;

    b.    provide forthwith an accounting of the proceeds from the sale(s) of any inventory of Veltex and/or its subsidiaries or affiliated entities during the past six (6) month period, and deposit such proceeds forthwith into Veltex's existing corporate bank account at Union Bank of California; and

    c.    account for all future sales of apparel goods or assets of Veltex and any of its subsidiaries and/or affiliated companies, and deposit the proceeds of all such sales into Veltex's existing corporate bank account at Union Bank of California.

**IT IS FURTHER ORDERED** that the bond previously posted by Plaintiff for the Temporary Restraining Order shall remain in effect for the Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: April 24, 2008

*[signature: Florence-Marie Cooper]*

HON. FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

784771.1 -- 21010.001