Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

1  ANDREW S. PAULY (SBN 90145) and
   MARYANN R. MARZANO (SBN 96867), Members of
2  GREENWALD, PAULY, FOSTER & MILLER,
   A Professional Corporation
3  1299 Ocean Avenue, Suite 400
   Santa Monica, California 90401-1007
4  Telephone: (310) 451-8001
   Facsimile: (310) 395-5961
5  E-Mail: apauly@gpfm.com
   E-Mail: mmarzano@gpfm.com
6
   MERLE L. ROYCE II (Illinois SBN 2408597)
7  LAW OFFICE OF MERLE L. ROYCE (*Pro Hac Vice* Application pending)
   70 West Madison Street, Suite 2100
8  Chicago, Illinois 60602-4253
   Telephone:  (312) 553-1233
9  Facsimile (312) 372-4700
   E-Mail: royce4law@earthlink.net
10
   Attorneys for Plaintiff
11 WAYNE H. HANSON

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15 | WAYNE H. HANSON, an individual, | Case No. 2:08-cv-02149-FMC-MANx |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH THE PRELIMINARY INJUNCTION; ORDER DIRECTING DEFENDANT JAVEED MATIN TO AUTHORIZE TRANSFER OF SHARES OF STOCK IN VELTEX CORPORATION; AND ORDER ALLOWING EXPEDITED THIRD PARTY DISCOVERY** |
| vs. | |
| VELTEX CORPORATION, a Utah corporation; JAVEED MATIN, an individual; TANZILA SULTANA, an individual; SAASHA CAMPBELL, an individual; and MAZHAR HAQUE, an individual, | |
| Defendants. | |

802783.1 -- 21010.001

**TO DEFENDANTS VELTEX CORPORATION, JAVEED MATIN, TANZILA MATIN, SAASHA CAMPBELL AND MAZHAR HAQUE**:

Based upon plaintiff Wayne H. Hanson's ("Plaintiff") Omnibus Motion For: (1) Order To Show Cause Why Defendants Should Not Be Held In Contempt For Failure To Comply With The Preliminary Injunction; (2) Order Directing Defendant Javeed Matin To Authorize Transfer Of Shares Of Stock In Veltex Corporation; (3) Order Allowing Expedited Third Party Discovery; And Request For Sanctions, after considering the moving and opposing papers, arguments of counsel and all other matters presented to the Court, and finding that defendants Veltex Corporation, Javeed Matin, Tanzila Sultana, Saasha Campbell and Mazhar Haque ("Defendants") have failed to comply with the Preliminary Injunction entered herein on April 24, 2008, and good cause appearing,

## ORDER TO SHOW CAUSE

**DEFENDANTS VELTEX CORPORATION, JAVEED MATIN, TANZILA SULTANA, SAASHA CAMPBELL AND MAZHAR HAQUE, AND EACH OF THEM, ARE HEREBY ORDERED TO SHOW CAUSE** at 10:00 a.m. on July 7, 2008, or as soon thereafter as counsel may be heard before the Honorable Florence-Marie Cooper, in Courtroom 750, located at the Edward R. Roybal Federal Building and Courthouse 3, 255 East Temple Street, Los Angeles, CA 90012, why you, your officers, agents, servants, employees and attorneys, and all persons and/or entities in active concert or participation with you or them, should not be held in contempt for violating the Preliminary Injunction entered herein on April 24, 2008.

This Order To Show Cause and supporting papers must be served on Defendants no later than 21 days before the date set for hearing, and proof of service shall be filed no later than 20 Court days before the hearing. Any response or opposition to this Order To Show Cause must be filed and personally served on Plaintiff's counsel no later than 14 Court days before the date set for hearing, and proof of service shall be filed no later than 10 Court days before the hearing.

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

1  **IT IS FURTHER HERBY ORDERED** that Plaintiff's Omnibus Motion is
2  granted.  Defendant Javeed Matin ("Matin") is hereby ordered to authorize the transfer
3  agent of defendant Veltex Corporation ("Veltex"), American Registrar & Transfer Co.
4  ("American Registrar"), to: (1) transfer to Plaintiff on its records the three million
5  (3,000,000) shares of Veltex common stock that had previously been pledged and
6  delivered to Plaintiff by Matin and Veltex; and (2) cause a certificate for those shares to
7  be issued to Plaintiff on or before June 30, 2008.  Matin shall be further required to file
8  proof of such transfer and a copy of the certificate with this Court no later than 4:00
9  p.m. on July 2, 2008.

10  **IT IS FURTHER HEREBY ORDERED** that Plaintiff is permitted to serve
11  third party subpoenas on Union Bank of California, Michael J. Moore, MBA, CPA,
12  PFS, and Moore & Associates for the production of documents forthwith.

13  **IT IS SO ORDERED.**

16  DATED: June 10, 2008.

   HON. FLORENCE-MARIE COOPER
   UNITED STATES DISTRICT JUDGE

802783.1 -- 21010.001

- 3 -