1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WAYNE H. HANSON, | ) | 2:08-02149-FMC-MANx |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | ORDER TO SHOW CAUSE IN RE SANCTIONS |
| VELTEX CORPORATION, et al., | ) ) ) | |
| Defendant(s). | ) ) ) | |

**TO: DEFENDANTS VELTEX CORPORATION, JAVEED MATIN, TANZILA SULTLANA, SAASHA CAMPBELL, AND MAZHAR HAQUE:**

**YOU AND EACH OF YOU ARE HEREBY ORDERED:**

To appear before the Honorable Florence-Marie Cooper in Courtroom 750, located at the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, CA 90012, on **Friday, August 29, 2008, at 3:00 P.M. ,** and show cause why you, your officers, agents, servants, employees and attorneys, and all persons and/or entities in active concert or participation with you or them, should not be held in contempt for violating the Preliminary Injunction entered herein on April 24, 2008, and the Order Imposing Sanctions entered herein on July 14, 2008.

/ / /

**YOU ARE FURTHER ORDERED:**

To show cause why the individual defendants should not be incarcerated as punishment for contempt, to remain incarcerated until they have complied with the Court's outstanding orders in this matter.

The Declarations of Merle L. Royce II, filed July 29, 2008, and Stephen G. Macklem, filed July 31, 2008, demonstrate to the Court that defendants, and each of them, have deliberately and wilfully violated this Court's earlier orders, in the following respects:

*They have attempted to dilute plaintiff's stock holdings in Veltex by attempting to transfer 120,000,000 shares of Veltex common stock to New Horizon Pictures, Inc.

*They have failed and refused to deliver the full 5,100,000 shares of free-trading and unrestricted shares of Veltex stock to plaintiff.

*They have failed to preserve the assets, books, and records of Veltex or any of its subsidiaries and have, rather, removed and attempted to remove such books and records from the corporate facilities.

*They have continued to attempt the sale of merchandise valued at over $2,500 without prior notice to and approval of plaintiff's counsel.

*They have failed to pay the $50,000 attorneys' fee award.

*They have failed to pay any portion of the $1,000 daily sanction imposed in the Court's Sanctions Order.

This Order to Show Cause and supporting papers must be personally served on defendants no later than 21 days before the date set for hearing. Proof of Service is to be filed at least 10 days before the hearing.

/ / /

/ / /

/ / /

/ / /

1
2         Any response or opposition to this Order to Show Cause must be filed and
3   personally served on plaintiff's counsel no later than 14 days before the hearing date.
4
5
6   Dated: July 31, 2008.
7
8   _____
    FLORENCE-MARIE COOPER
9       United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28