# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-02149-FMC-MANx | Date | February 18, 2009 |
|---|---|---|---|
| Title | Wayne H Hanson v. Veltex Corporation et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE TERMINATING SANCTIONS
(In Chambers)

The matter is currently before the Court on Plaintiff's Motion to Extend Sanctions. The Court, on its own Motion, issues the following Order to Show Cause.

On July 14, 2008, the Court issued an Order imposing sanctions for defendants' failure to comply with the Court's Preliminary Injunction. The Court found defendants in violation and imposed monetary sanctions.

On August 29, 2008, the Court found that defendants were in contempt of the Court's earlier Orders and gave defendants thirty days within which to purge themselves of contempt.

On November 3, 2008, following an extended evidentiary hearing, the Court again found defendant Javeed Matin in contempt of the Court's earlier orders and sentenced him to serve thirty days in custody as punishment.

Plaintiff advises the Court that defendants continue to be in contempt of Court. The Court orders defendants to appear before the Court on **Monday, March 2, 2009, at 10:00 a.m.** to show cause, if any exists, why the ultimate sanction of termination should not be entered against them and judgment entered for plaintiff for the amount sought in the Complaint and all subsequent unsatisfied monetary orders of this Court.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |