UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-02149-FMC-MANx | Date | February 25, 2009 |
|---|---|---|---|
| Title | Wayne H Hanson v. Veltex Corporation et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER CONTINUING MOTION HEARING DATE (In Chambers)

The Court, *sua sponte*, hereby continues the hearing date for the following motion(s):

  MOTION for Contempt/MOTION to Extend Sanction of J Matin [113]
  and
  ORDER TO SHOW CAUSE [125]

from March 2, 2009 to **March 9, 2009 at 10:00 a.m.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |